LORAIN COUNTY BAR ASSOCIATION *v*. ROBINSON.

[Cite as *Lorain Cty. Bar Assn. v. Robinson*, ___ Ohio St.3d ___,
2022-Ohio-2509.]

(No. 2021-0228—Submitted July 21, 2022—Decided July 22, 2022.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Jeanette Michele Robinson, Attorney Registration No. 0060035, last known business address in Elyria, Ohio.

{¶ 2} The court coming now to consider its order of June 29, 2021, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years, with no credit for the time served under the interim felony suspension imposed on October 13, 2020, but with the second year stayed on the conditions, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio. It is further ordered that consistent with the opinion rendered herein on June 29, 2021, for the first year that respondent serves as court-appointed counsel following her reinstatement to the practice of law, she shall furnish copies of all billing statements for her court-appointed work to relator.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For previous case, see *Lorain Cty. Bar Assn. v. Robinson*, 165 Ohio St.3d 270, 2021-Ohio-2123, 178 N.E.3d 471.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____